# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MATTHEW K. MULDREW, | CASE NO. 08CV0183 |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Plaintiff has filed a request to proceed in forma pauperis. Plaintiff is unemployed and has no source of regular income. He currently has between $10 and $50 in his bank account, and cannot afford the filing fee. Thus, the Court **GRANTS** Plaintiff's application to proceed in forma pauperis. The Clerk of the Court shall file the Complaint without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATED: February 1, 2008

_____
HON. DANA M. SABRAW
United States District Judge