# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW K. MULDREW,<br><br>            Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>            Defendant. | CASE NO. 08CV0183<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Plaintiff Matthew K. Muldrew applied for disability benefits under the Social Security Act; Defendant denied the application. Consequently, on January 28, 2008, Plaintiff filed the complaint in this case, seeking judicial review of the denial of benefits. Defendant's answer and the administrative record have now been filed. Thus, the matter is now ready for this Court's review. In accordance with Civ. L.R. 7.1.(e)(7), the Court hereby sets the following briefing schedule and hearing date on the parties' cross-motions for summary judgment:

1. Plaintiff shall file his motion for summary judgment no later than May 9, 2008.

2. Defendant shall file her cross-motion for summary judgment and opposition no later than May 30, 2008.

3. Plaintiff shall file any reply no later than June 20, 2008.

4. The motions will be heard on **June 27, 2008**, at **1:30 p.m.** Unless otherwise noticed, this matter shall be resolved on the papers submitted and without oral argument. Civ. L.R. 7(d)(1). Accordingly, no appearances are required on June 27, 2008.

1 | **IT IS SO ORDERED.**

3 | DATED: April 23, 2008

_____
HON. DANA M. SABRAW
United States District Judge